UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **BILLY FOSTER, ET AL.** | **CASE NO. 3:21-CV-03985** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SEASIDE HEALTHCARE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 50] having been considered, along with the Objection [Doc. No. 63] filed by Plaintiff, and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 10] is **GRANTED IN PART** and **DENIED IN PART**. To the extent that Defendants move for dismissal under Federal Rule of Civil Procedure 12(b)(1), the Defendants' motion is **DENIED**.

To the extent that Defendants move for dismissal under Federal Rule of Civil Procedure 12(b)(6), the Defendants' motion is **GRANTED**, and Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

To the extent that Defendants seek a more definite statement and ask the Court to strike Plaintiffs' request for criminal prosecution, Defendants' motion is **DENIED AS MOOT**.

THUS DONE in Chambers on this 19th day of July 2022.

_____
Terry A. Doughty
United States District Judge